# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KENNETH R. BARBER,

    Petitioner,

    v.

STU SHERMAN, Warden,

    Respondent.

Case No. CV 15-6327 DMG (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: April 24, 2017

                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE